IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE J. KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:06-cv-1489-WMA-JEO |
| KENNETH JONES, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a Report and Recommendation ("R & R") on December 1, 2008, recommending that defendants' motion for summary judgment be granted in part and denied in part. The parties were allowed fifteen (15) days to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* the record in this case, including the magistrate judge's R &R, the court herebyADOPTS the said R & R.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Special Report filed by defendants, treated as a motion for summary judgment, is due to be granted in part and denied in part.

Specifically, defendants' motion for summary judgment is due to be granted on plaintiff's claims for monetary relief against them in their official capacities. Defendant Jones' motion for summary judgment is due to be granted on plaintiff's supervisory liability claims against him.

Defendants Jenkins and Freeman's motion for summary judgment on the Plaintiff's Eighth Amendment excessive force claim against them is due to be denied. Defendants Freeman

and Eads' motion for summary judgment on plaintiff's Eighth Amendment failure to protect claim against them is due to be denied.

An appropriate order will be entered.

DONE this 5th day of January, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE